JAMES GILBERT, Respondent, *v.* THE THIRD AVENUE RAIL-
ROAD COMPANY, Appellant.

(Argued October 21, 1884; decided October 31, 1884.)

*William N. Cohen* for appellant.

*P. Van Volkenburgh* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

ALFRED L. SIMONSON et al., Trustees, etc., Appellants, *v.* WIL-
LIAM ELMER, Impleaded, etc., Respondent.

(Argued October 21, 1884; decided October 31, 1884.)

*Abram Wakeman* for appellants.

*Theodore F. Miller* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.